97 P.3d 427

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 24, 2004**

| | | |
|---|---|---|
| 24715, 25256 | State v. Peapealalo | Affirmed |

**August 31, 2004**

| | | |
|---|---|---|
| 25290 | State v. Feldstein | Affirmed |
| 25535 | State v. Nicholson | Affirmed |

**September 10, 2004**

| | | |
|---|---|---|
| 25609 | Moore & Moore v. Kepuhi Point Reef, LLC | Affirmed |

**September 17, 2004**

| | | |
|---|---|---|
| 25663 | State v. Oliveira | Affirmed |
| 25719 | State v. Seiuliena | Affirmed |